

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2016

No. 04-16-00139-CR

Virginia Shanta **MCKINLEY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5186
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Appellant's brief was originally due September 22, 2016, but was not filed. On the due date, appellant filed her first motion to extend time to file appellant's brief, asking for an additional thirty-two days in which to file the brief. We granted appellant's motion and ordered her to file her brief in this court on or before October 24, 2016. Appellant has now filed a second motion for extension of time, asking for an additional thirty days in which to file her brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file her brief in this court on or before November 23, 2016.

_Marialyn Barnard, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2016.

Keith E. Hottle
Clerk of Court